FILED
CLERK, U.S. DISTRICT COURT

MAY - 7 2008

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERT CURTIS BASS, | No. ED CV 07-1183-JVS (PLA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

Pursuant to the order adopting the Magistrate Judge's report and recommendation, IT IS ADJUDGED that this action is dismissed without prejudice to plaintiff bringing the claims in a habeas petition.

DATED: 5.6.08

HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE